**Dismissed and Memorandum Opinion filed August 27, 2013.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-12-00471-CR

---

### ADRIAN SIFUENTES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 182nd District Court
Harris County, Texas
Trial Court Cause No. 1314116**

---

## M E M O R A N D U M   O P I N I O N

Appellant entered a plea of guilty without an agreed recommendation to the offense of burglary of a habitation with intent to commit theft. On April 18, 2013, the trial court sentenced appellant to confinement for eight years in the Institutional Division of the Texas Department of Criminal Justice. Appellant filed a notice of appeal on April 30, 2013.

On May 31, 2013, this court ordered a hearing to determine why appellant's counsel had not filed a brief in this appeal. On August 14, 2013, the trial court conducted the hearing, and the record of the hearing was filed in this court on August 15, 2013. At the hearing, appellant, together with his counsel, confirmed that he had discussed the issues with counsel and determined that appellant no longer wished to pursue his appeal.

Appellant has not filed a written motion to withdraw the appeal or a written motion to dismiss the appeal. *See* Tex. R. App. P. 42.2(a). However, based upon the testimony at the hearing that appellant does not want to continue his appeal, we conclude that good cause exists to suspend the operation of Rule 42.2(a) in this case. *See* Tex. R. App. P. 2.

Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Justices Frost, Boyce, and Jamison.
Do Not Publish.-Tex. R. App. P. 47.2(b).